

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00453-CV

Lithia Corpus Christi, Inc. d/b/a Lithia Dodge of Corpus Christi
v.
Russell House

On Appeal from the
County Court at Law No. 1 of Nueces County, Texas
Trial Cause No. 2015-CCV-60202-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Lithia Corpus Christi, Inc. d/b/a Lithia Dodge of Corpus Christi.

We further order this decision certified below for observance.

January 2, 2020